UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STANTON Q. SHELTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13CV01050 SNLJ |
| | ) | |
| GERARD NESTER, | ) | |
| | ) | |
| Respondent. | ) | |

# MEMORANDUM AND ORDER

This matter is before me on the petition for writ of habeas corpus filed by Petitioner Stanton Q. Shelton. I referred this matter to United States Magistrate Judge Nannette A. Baker, for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On March 31, 2016, Judge Baker filed her recommendation that Shelton's habeas petition should be dismissed.

No objections to Judge Baker's Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Baker and deny Shelton's habeas petition for the reasons stated in the Report and Recommendation dated March 31, 2016.

I have also considered whether to issue a certificate of appealability. To grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right. *See Tiedeman v. Benson*, 122 F.3d 518, 522 (8th Cir. 1997). A substantial showing is a showing that issues are debatable among reasonable jurists, a Court could resolve the issues differently, or the issues deserve further proceedings. *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997) (citing *Flieger v. Delo*, 16 F.3d 878, 882-83 (8th Cir. 1994). Because Shelton has not made such a showing in this case, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Nannette A. Baker's Report and Recommendation, #34, filed on March 31, 2016 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner Stanton Q. Shelton's Petition for Writ of Habeas Corpus, #1, is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability. A separate Judgment in accordance with this Memorandum and Order is entered this same date.

Dated this 19th day of May, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE